FILED APR 11 '24 PM 2:13 USDCALS

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

___SOUTHERN_____ District of _

_ALABAMA_____ Division

| | | |
|---|---|---|
| MRS. WENDY M WILLIAMS | ) | Case No.   ASSIGNED CASE NUMBER |

24-cv-112-TFM-B

Case No.   ASSIGNED CASE NUMBER

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

T- MOBILE, USA

T- MOBILE, USA

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | MRS. WENDY M WILLIAMS |
| Street Address | 1730 CAYOUGA  AVENUE |
| City and County | PRICHARD |
| State and Zip Code | ALABAMA  36610 |
| Telephone Number | 2514562042 |
| E-mail Address | WILLIAMSWENDY338@GMAIL.COM |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                      T- MOBILE, USA

    Job or Title *(if known)*    OWNERS: T- MOBILE, USA

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                      Michael  S.

    Job or Title *(if known)*    CEO/ PRESIDENT

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FIRST AMENDMENT, FOURTH AMENDMENT , DEFAMATION, SLANDER, VIOLATION OF PRIVACY, GIIVING OUT SOCIAL SECURITY INFORMATION, DATA BREACH, INSIDE JOB.,

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual
          The plaintiff, *(name)*  MRS. WENDY M WILLIAMS          , is a citizen of the
          State of *(name)*  ALABAMA          .

   b.     If the plaintiff is a corporation
          The plaintiff, *(name)*          , is incorporated
          under the laws of the State of *(name)*          ,
          and has its principal place of business in the State of *(name)*
          .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual
          The defendant, *(name)*          , is a citizen of
          the State of *(name)*          . Or is a citizen of
          *(foreign nation)*          .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)*    T- MOBILE, USA                    , is incorporated under

the laws of the State of *(name)*    ALABAMA , WASHNGTON            , and has its

principal place of business in the State of *(name)*   ALABAMA, WASHINGTON        .

Or is incorporated under the laws of *(foreign nation)*    YES                    ,

and has its principal place of business in *(name)*    MOBILE, ALALABAMA OR THE USA .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

200 MILLION DOLLARS

*600 MILLION*

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

sTATEMENT IS ATTACHED

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

STATEMENT IS ATTACHED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

STATEMENT ATTACHED

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff          _____

Printed Name of Plaintiff     _____

### B.      For Attorneys

Date of signing: _____

Signature of Attorney          _____

Printed Name of Attorney     _____

Bar Number                        _____

Name of Law Firm            _____

Street Address                    _____

State and Zip Code             _____

Telephone Number             _____

E-mail Address                   _____

United STATES DISTRICT COURT

STATE OF ALABAMA IN THE SOUTHERN DISTRICT

MOBILE


MRS. WENDY M WILLIAMS

PLANTIFF

VS

T- MOBILE, USA, Inc.,

DEFENDANT'S


CASE NUMBER ASSIGN ONE

COMPLAINT

Plaintiff, Mrs. Wendy M Williams, by and through undersigned counsel, brings this action against T- Mobile USA, Inc. ("T-Mobile "or "Defendant") for violations of constitutional rights, invasion of privacy, slander, and defamation, and alleges as follows:


PARTIES

1. Plaintiff Mrs. Wendy M Williams is an individual residing in Mobile, Alabama.
2. Defendant T-Mobile USA,Inc is a corporation operating in the United States and providing telecommunications services.

JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C.$ 1331, as the claims asserted arise under federal law, including constitutional rights violations.
4. Venue is proper in this district under 28 U. S.C. $1391, as the events giving rise to the claims occurred within this district.

FACTUAL ALLEGATIONS

5. On 11/01/2024 , T- Mobile USA, Inc. engaged in hacking activities targeting Plaintiff's personal devices and accounts without authorization.

6. The unauthorized access to Plaintiff's devices and accounts by T- Mobile constitutes a violation of Plaintiff's constitutional rights including the Fourth Amendment protection against unreasonable searches and seizures.

7. T- Mobile's actions constitute an invasion of Plaintiff's privacy by unlawfully obtaining and accessing private information.

8. Furthermore, T- Mobile engaged in slander and defamation by spreading false and damaging statements about the Plaintiff's personal and professional reputation.

CLAIMS FOR RELIEF

Count 1: Violation of Constitutional Rights

9. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 8.

10. T- Mobile's hacking activities constitute a violation of Plaintiff's Fourth Amendment rights against unreasonable searches and seizures

11. As, a direct and proximate result of T- Mobile's actions, Plaintiff has suffered damages, including but not limited to emotional distress , reputational harm, and financial losses.

Count ll: Invasion Of Privacy

12. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 8.

13. T- Mobile's unauthorized access to Plaintiff's personal information constitutes na invasion of privacy.

14. As a direct and proximate result of T-Mobile's invasion of privacy, Plaintiff has suffered damages, including but not limited to emotional distress and loss of privacy.

Count iii: Slander and Defamation

15. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 8.

16. T-Mobile engaged in slander and defamation by spreading false and damaging statements about the Plaintiff.

17. As a direct and proximate result of T- Mobile's slander and defamation, Plaintiff has suffered damages, including but not limited to reputation harm and other damages.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of

Plaintiff and against Defendant as follows:

1. Compensatory damages for the harm suffered by Plaintiff as a result of T- Mobile's
   actions.
2. Punitive damages to deter T-Mobile and others from engaging in similar conduct
   in the future.
3. Injunctive relief prohibiting T- Mobile from further engaging in hacking, invasion of
   privacy, slander, or defamation against Plaintiff.
4. Attorney's fees and costs incurred in bringing this action ; and
5. Any other relief that this Court deems just and proper.

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully,

Mrs. Wendy M Williams

1730 Cayouga Avenue

Prichard, Alabama 36610

2514562042

Williamswendy338@gmail.com

Mrs. Wendy M. Williams (Holcombe)

1730 Cayouga Avenue

Prichard, Alabama 36610





MOBILE P&DC 366

TUE 09 APR 2024 PM



U.S. District Court

Southern District of Alabama

155 Saint Joseph St.

Mobile, AL 36602