IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDY M. WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-112-TFM-B |
| | ) |
| **T-MOBILE, USA,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 2nd day of July, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE